IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LILIAN FUENTES-ORTEGA, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action File No. 4:20-CV-00266-MLB |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>TO TRANSFER</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant United States of America (the "United States") hereby moves to dismiss this action for lack of subject matter jurisdiction.  In the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. §§ 1402(b) and 1406(a), or 1404(a), the United States moves to transfer this action to the United States District Court for the District of Arizona.  In support of this motion, the United States relies on the Memorandum of Law being filed contemporaneously herewith.

WHEREFORE, Defendant United States of America respectfully requests

that the Court dismiss this action or, in the alternative, transfer it to the United

States District Court for the District of Arizona.

Respectfully submitted, this 18th day of March, 2021.

KURT R. ERSKINE
*Acting United States Attorney*

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Telephone:  404-581-6228
Facsimile:  404-581-6181

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the documents to which this certificate is attached

have been prepared in Book Antiqua font, 13-point type, which is one of the font

and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail

notifications of such filing to the following opposing counsel of record:

> Daniel Werner
> James Radford
> RADFORD & KEEBAUGH, LLC
> 315 W. Ponce de Leon Ave., Suite 1080
> Decatur, Georgia 30030

This 18th day of March, 2021.

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

*Counsel for Defendant*