IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LILIAN FUENTES-ORTEGA, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action File No. <br> 4:20-CV-00266-MLB |

**JOINT MOTION TO STAY ALL LITIGATION DEADLINES,
WITH INCORPORATED MEMORANDUM OF LAW**

COME NOW Plaintiffs and Defendant (collectively, the "Parties") and, pursuant to this Court's inherent authority and Federal Rule of Civil Procedure 6(b), hereby jointly move to stay all litigation deadlines in this case, including Defendants' deadline to respond to Plaintiffs' First Amended Complaint (Doc. 17), for sixty (60) days. In support of this motion, the Parties respectfully show the Court as follows:

1.  Plaintiffs filed this lawsuit on November 17, 2020, asserting claims against Defendant under the Federal Tort Claims Act (the "FTCA") based on the

alleged separation of Plaintiff Lilian Fuentes-Ortega from her minor children after entering the United States in November 2017.  Doc. 1, at 1 & ¶¶ 1, 3, 8.

2. On March 22, 2021, Defendant timely moved to dismiss or, in the alternative, to transfer Plaintiffs' claims.  Docs. 9 & 14.

3. On April 22, 2021, Plaintiffs filed their First Amended Complaint pursuant to stipulation of the Parties.  Docs. 16 & 17.

4. Defendant thereafter filed an unopposed motion for extension of time, up to and including May 24, 2021, to respond to Plaintiffs' First Amended Complaint (Doc. 18), which the Court granted on April 23, 2021 (Doc. 19).

5. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  Thus, a district court's decision whether to stay a case rests within its broad discretion.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis*, 299 U.S. at 254).

6. In addition, Federal Rule of Civil Procedure 6(b)(1) provides in pertinent part that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or

notice if the court acts, or if a request is made, before the original time or its extension expires."

7.      Here, "good cause" exists to stay all litigation deadlines in this case, including Defendant's deadline to respond to Plaintiffs' First Amended Complaint, for sixty (60) days, because the Parties are exploring the potential resolution of Plaintiffs' claims.  Plaintiffs' claims are considerable in scope and, to the extent they can be resolved amicably, would save the Parties and the Court from expending significant time and resources.  Sixty (60) days is necessary for the Parties to make progress towards the resolution of this case, if it can be resolved, and, if necessary, determine whether an additional stay may be necessary and/or beneficial.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court enter an order staying all litigation deadlines in this case, including Defendant's deadline to respond to Plaintiffs' First Amended Complaint, for sixty (60) days. For the Court's convenience, a proposed order is attached hereto as **Exhibit A**.

Respectfully submitted, this 17th day of May, 2021.

| | |
|---|---|
| s/ Daniel Werner | KURT R. ERSKINE |
| Daniel Werner | *Acting United States Attorney* |
| Georgia Bar No. 422070 | |
| James Radford | s/ Aaron J. Ross |
| Georgia Bar No. 108007 | Aaron J. Ross |
| RADFORD & KEEBAUGH, LLC | *Assistant United States Attorney* |
| 315 W. Ponce de Leon Ave. | Georgia Bar No. 461981 |
| Suite 180 | 75 Ted Turner Drive SW |
| Decatur, Georgia 30030 | Atlanta, Georgia 30303 |
| (678) 271-0300 | Telephone:  404-581-6228 |
| | Facsimile:  404-581-6181 |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendant* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the documents to which this certificate is attached have been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following opposing counsel of record:

> Daniel Werner
> James Radford
> RADFORD & KEEBAUGH, LLC
> 315 W. Ponce de Leon Ave., Suite 1080
> Decatur, Georgia 30030

This 17th day of May, 2021.

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

*Counsel for Defendant*
