IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LILIAN FUENTES-ORTEGA, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action File No. <br> 4:20-CV-00266-MLB |

**ORDER ON JOINT MOTION TO STAY ALL LITIGATION DEADLINES**

Having read and considered the parties' Joint Motion to Stay All Litigation Deadlines, and for good cause shown, it is HEREBY ORDERED that the parties' Joint Motion to Stay All Litigation Deadlines is GRANTED. All litigation deadlines in this case, including Defendant's deadline to respond to Plaintiffs' First Amended Complaint [Doc. 17], are stayed for sixty (60) days from the date of entry of this Order.

SO ORDRED this  17th  day of    May           , 2021.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE