IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LILIAN FUENTES-ORTEGA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action File No.<br>4:20-CV-00266-MLB |

## ORDER ON SECOND JOINT MOTION TO STAY ALL LITIGATION DEADLINES

Having read and considered the parties' Second Joint Motion to Stay All Litigation Deadlines, and for good cause shown, it is HEREBY ORDERED that the parties' Second Joint Motion to Stay All Litigation Deadlines is GRANTED. All litigation deadlines in this case, including Defendant's deadline to respond to Plaintiffs' First Amended Complaint [Doc. 17], are stayed for an additional sixty (60) days, up to and including September 14, 2021, following the expiration of the Court's current stay Order (Doc. 22).

SO ORDERED this 21st day of July, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE